# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| STEPHEN A. KEATING, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:14-cv-182 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | (Case No. 2:12-cr-23) |
| Respondent. | * | |

## ORDER

Presently before the Court are Movant Stephen Keating's ("Keating") Objections to the Magistrate Judge's Report and Recommendation dated September 16, 2015. Dkt. No. 13. In his Objections, Keating fails to set forth any assertion that he meets the statute of limitations period applicable to the filing of 28 U.S.C. § 2255 motions, which is found at 28 U.S.C. § 2255(f). Specifically, Keating does not adequately respond to the Magistrate Judge's finding that he did not file his Section 2255 Motion within one year of the finality of this Court's judgment, 28 U.S.C. § 2255(f)(1). Nor does Keating set forth any reason for entitlement to the periods of limitation set forth by 28 U.S.C. §§ 2255(f)(2), (3), and (4).

Consequently, Keating's Objections are **OVERRULED**. The Court **CONCURS** with and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Government's Motion to Dismiss, dkt. no. 11, is **GRANTED**. The Court **DISMISSES** Keating's Motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. § 2255. Dkt. No. 1. The Clerk of Court is **DIRECTED** to **CLOSE** this case and to enter the appropriate judgment of dismissal. Additionally, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Keating is **DENIED** a Certificate of Appealability and **DENIED** in forma pauperis status on appeal.

SO ORDERED, this _____ day of _____, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA