# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN A. KEATING,<br><br>    Defendant/Judgement-<br>    Debtor,<br><br>SNF HOLDING COMPANY 401(K) RETIREMENT PLAN, CONTRACT NUMBER 5-21716, C/O DELAWARE CHARTER GUARANTEE & TRUST COMPANY, d/b/a PRINCIPAL TRUST,<br><br>    Garnishee,<br><br>SNF HOLDING COMPANY DEFINED BENEFIT RETIREMENT PLAN, CONTRACT NUMBER 4-47475, C/O PRINCIPAL LIFE INSURANCE,<br><br>    Garnishee. | No. 2:12-cr-23 |

## ORDER

Before the Court is Garnishee SNF Holding Company Defined Benefit Retirement Plan's ("Garnishee") Motion to Correct Order Dated July 23, 2018. Dkt. No. 127. On December 21, 2018, the Court held that it lacked jurisdiction to decide Garnishee's Motion as the case was on appeal to the Eleventh Circuit, but it also indicated, pursuant to Federal Rule of Civil Procedure 62.1, that it would grant Garnishee's Motion if the Eleventh Circuit remanded

the case for that limited purpose. Dkt. No. 129. On March 6, 2019, the Eleventh Circuit remanded the case to this Court for that limited purpose. Dkt. No. 131. Therefore, for the reasons explained in its previous indicative order, dkt. no. 129, Garnishee's Motion, dkt. no. 127, is hereby **GRANTED**. The Court's disbursement order, dkt. no. 119, is thus **AMENDED** in accordance with Federal Rule of Civil Procedure 60(b)(1) as follows:

(1) On page 14 of dkt. no. 119, the following statement is in error:

> The Defined Benefit Garnishee shall, on a continuing basis, pay <u>80%</u> of all monthly payments issued from the defined benefit plan to the Clerk of Court, Southern District of Georgia.

(2) That statement is hereby amended to say the following:

> The Defined Benefit Garnishee shall, on a continuing basis, pay <u>25%</u> of all monthly payments issued from the defined benefit plan to the Clerk of Court, Southern District of Georgia.

**SO ORDERED**, this 11th day of March, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA